# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 13-CR-40100-JPG |
| ) | |
| v. ) | |
| ) | |
| RANDI L. TARPLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On motion of the United States of America to revoke defendant's bond, issue an arrest warrant, and remand defendant to the custody of the United States Marshal pending disposition in this case,

IT IS HEREBY ORDERED, that a warrant for the arrest of **RANDI L. TARPLEY** be issued and that she be brought before the Court for proceedings to revoke bond pursuant to Title 18, United States Code, Section 3148.

**IT IS SO ORDERED.**

**DATED:** February 24, 2014

*s/J. Phil Gilbert*
**United States District Judge**